# Order

**Michigan Supreme
Court
Lansing, Michigan**

May 5, 2015

Robert P. Young, Jr.,
Chief Justice

151386-7(38)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

In re KMN, Minor.

SC: 151386-7
COA: 322329, 322883
Newaygo CC Family Division:
14-000805-AD

_____/

On order of the Chief Justice, the motion for the temporary admission of Philip (Jay) McCarthy, Jr. to practice *pro hac vice* under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2015

